# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 12  AM 10: 04

CLERK
SO. DIST. OF GA.

BRENDAN NAY,             )
                         )
     Plaintiff,        )
                         )
v.                     )     Case No.  CV411-219
                         )
MICHAEL J. ASTRUE,     )
*Commissioner of the Social Security,*  )
                         )
     Defendant.       )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this *12th* day of *September*, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA